# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>Cesar Humberto Diaz-Rosas,<br><br>　　　　　　　　　　Defendant. | Case No. 3:25-cr-01150-JO<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>JUN 1 1 2025<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952,960 - Importation of Methamphetamine (Felony) (1)

Dated: 06/11/2025

Hon. Barbara L. Major
United States Magistrate Judge